# IN THE SUPREME COURT FOR THE STATE OF MONTANA

## No. DA 24-0346

IN THE MATTER OF:

B.B., C.B., and A.B.,

    Youths in Need of Care.

## ORDER

Upon consideration of Mother and Appellant's Motion To Consolidate Cases, and with good cause shown,

IT IS HEREBY ORDERED that Cause Nos. DA 24-0346, DA 24-0347, and DA 24-0348 be consolidated for purposes of appeal under Cause No. DA 24-0346 and captioned as above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 8 2024